IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES NELSON<br>233 Hamilton Ave<br>Long Branch, NJ 07740 | CIVIL ACTION |
| v. | NO. _____ |
| THOMAS LOFTUS<br>305 Tacie Lynn Drive<br>West Chester, PA 19382<br>    And<br>SCHNEIDER NATIONAL, SCHNEIDER INTERNATIONAL OPERATIONS, LLC,<br>SCHNEIDER NATIONAL, INC.,<br>SCHNEIDER NATIONAL CARRIERS, INC.,<br>3101 South Packerland Drive<br>Green Bay, WI 54313 | |

## COMPLAINT

### PARTIES

1. At all relevant times, Plaintiff Charles Nelson was and is an adult individual residing at 233 Hamilton Ave, Long Branch, NJ 07740, and is a citizen of the State of New Jersey.

2. At all relevant times, Defendant Thomas Loftus (hereinafter "Loftus") was and is an adult individual residing at 305 Tacie Lynn Drive in West Chester, Pennsylvania, and is a citizen of the Commonwealth of Pennsylvania.

3. Defendant Schneider National is a Wisconsin state business organization/corporation, with its principal place of business located at 3101 S. Packerland Drive, Green Bay, WI 54313. Defendant Schneider International is a citizen of the State of Wisconsin.

4. Defendant Schneider International Operations, LLC is a Wisconsin state business organization/corporation, with its principal place of business located at 3101 S. Packerland Drive, Green Bay, WI 54313. Defendant Schneider International Operations, LLC is a citizen of the State of Wisconsin.

5. Defendant Schneider National, Inc. (hereinafter "Schneider National") is a Wisconsin state business organization/corporation, with its principal place of business located at 3101 S. Packerland Drive, Green Bay, WI 54313. Defendant Schneider National, Inc. is a citizen of the State of Wisconsin.

6. Defendant Schneider National Carriers, Inc., is a Wisconsin state business organization/corporation, with its principal place of business located at 3101 S. Packerland Drive, Green Bay, WI 54313. Defendant Schneider National Carriers, Inc., is a citizen of the State of Wisconsin.

**JURISDICTION AND VENUE**

7. This court has original jurisdiction over this action under 28 U.S.C. §1332 as Plaintiff and Defendants are citizens of different states and the amount in controversy is in excess of $75,000.

8. Venue is proper in this district because the accident occurred in the Eastern District of Pennsylvania.

**FACTUAL ALLEGATIONS**

9. On November 25, 2015, Plaintiff Charles Nelson was operating his 2015 S550 Mercedes Benz in heavy traffic in the left lane of eastbound Route 222 in Reading, Berks County, Pennsylvania, approaching the vicinity where Route 222 becomes one lane near Maidencreek, Pennsylvania. His girlfriend, Aida Berrios, was a passenger in the vehicle.

10. On the date aforesaid, Defendant Loftus was operating an orange semi-trailer truck in heavy traffic in the right lane of Route 222 in Reading, Berks County, Pennsylvania, approaching the vicinity where Route 222 becomes one lane near Maidencreek, Pennsylvania.

11. At all relevant times, the semi-trailer truck was operated and controlled by Defendant Loftus and owned by Schneider National, Schneider International Operations, LLC, Schneider National, Inc., and/or Schneider National Carriers, Inc.

12. At all relevant times, Defendant Loftus was an employee, worker, agent, and/or apparent agent of Defendants Schneider National, Schneider International Operations, LLC, Schneider National, Inc., and/or Schneider National Carriers, Inc., acting within the course and scope of his employment and/or agency relationship.

13. On the date and place aforesaid, Defendant Loftus displayed angry gestures with his hands and screamed at Plaintiff as Plaintiff attempted to merge in front of Defendants' truck.

14. Shortly after Plaintiff's vehicle had merged into one lane, in front of Defendants' vehicle, both vehicles came to a stop at a red traffic signal. After the vehicles came to a stop, Defendant Loftus exited the cab of his truck, approached Plaintiff's vehicle, and began slamming his fists against Plaintiff's driver's side window.

15. Plaintiff Charles Nelson attempted to exit his vehicle.

16. As Plaintiff partially opened his driver's side door and attempted to exit the vehicle, Defendant intentionally and maliciously slammed the driver's side door multiple times against Plaintiff's head and face, trapping his head between the frame of the car and the driver's side door, causing the injuries and damages to Plaintiff as set forth below and incorporated by reference.

17. Plaintiff thereafter called the police and was met by a member of the Northern Berks Police Department in a parking lot.

18. The police apprehended Defendant Loftus and Plaintiff was able to identify Defendant Loftus at that time.

19. Defendant Loftus was charged with harassment pursuant to 18 PA.C.S. §2709.

## COUNT I
## PLAINTIFF CHARLES NELSON V. DEFENDANT THOMAS LOFTUS

20. Plaintiff incorporates herein by reference each and every averment contained in the previous paragraphs as though the same were set forth fully herein at length.

21. Plaintiff's injuries and damages were caused by the conduct of Defendant Loftus as follows:

   a. Slamming Plaintiff's head with the car door;

   b. Assaulting Plaintiff;

   c. Failing to act reasonably under the circumstances;

   d. Exiting his vehicle to confront Plaintiff;

   e. Verbally attacking and harassing Plaintiff;

   f. Physically harassing Plaintiff; and

   g. Failing to allow Plaintiff to exit his vehicle for the purpose of disengaging the situation; and

   h. Failing to act as a reasonable person would under similar circumstances.

22. As a result of the conduct of Defendant Loftus, Plaintiff Charles Nelson suffered injuries including but not limited to: concussion; post-concussion syndrome; post-traumatic occipital neuralgia; cervical disc herniation; lumbar disc injury; cervical radiculopathy; lumbar radiculopathy; right rotator cuff tear; headaches; impaired vision; cognitive dysfunction;

impaired memory; cervical sprain and strain; lumbar sprain and strain; as well as other injuries to his nerves and nervous system, all of which injuries may be permanent.

23. As a result of the conduct of Defendants, Plaintiff Charles Nelson has in the past, is presently and will in the future be caused to endure physical and emotional pain and suffering.

24. As a result of the conduct of Defendants, Plaintiff Charles Nelson has in the past, is presently and will in the future be caused to suffer embarrassment, anxiety, loss of life's pleasures, and loss of the ability to fully enjoy life.

25. As a result of the conduct of Defendants, Plaintiff Charles Nelson has in the past, is presently and will in the future be caused to expend sums of money for medical care and treatment.

26. As a result of the conduct of Defendants, Plaintiff Charles Nelson has in the past, is presently and will in the future be caused to suffer economic losses as well as loss of earnings and loss of earning capacity.

27. As a result of the conduct of Defendants, Plaintiff Charles Nelson has suffered scarring and disfigurement.

28. As a result of the conduct of Defendants, Plaintiff Charles Nelson has been prevented and will be prevented in the future from performing his usual duties, occupations and activities, all to his great loss and detriment.

WHEREFORE, Plaintiff Charles Nelson respectfully requests that Defendant Thomas Loftus be found jointly and/or severally liable with Defendants Schneider International Operations, LLC and Schneider National, Inc. in an amount in excess of $150,000, together with costs and such other relief as the court deems appropriate.

## COUNT II
## PLAINTIFF CHARLES NELSON V. DEFENDANTS SCHNEIDER NATIONAL, SCHNEIDER INTERNATIONAL OPERATIONS, LLC, SCHNEIDER NATIONAL, INC. and SCHNEIDER NATIONAL CARRIERS, INC.

29. Plaintiff incorporates herein by reference each and every averment contained in the previous paragraphs as though the same were set forth fully herein at length.

30. At all relevant times, Defendants Schneider National, Schneider International Operations, LLC, Schneider National, Inc., and/or Schneider National Carriers, Inc. were the employers and supervisors of Defendant Loftus, who was operating the semi-trailer truck within the course and scope of his employment and at the direction of the Defendants.

31. Defendants Schneider National, Schneider International Operations, LLC, Schneider National, Inc., and/or Schneider National Carriers, Inc. are vicariously liable for the conduct of Defendant Loftus.

32. In addition to the conduct of Defendant Loftus, as outlined above, Defendants Schneider National, Schneider International Operations, LLC, Schneider National, Inc., and/or Schneider National Carriers, Inc. were negligent and careless in that they:

   a. Hired a driver with violent propensities;

   b. Failed to properly evaluate and screen Defendant Loftus;

   c. Failed to properly train Defendant Loftus;

   d. Hired an unqualified and/or unfit driver; and

   e. Failed to properly supervise Defendant Loftus;

33. As a result of the negligence of Defendants Schneider National, Schneider International Operations, LLC, Schneider National, Inc., and/or Schneider National Carriers, Inc., Plaintiff Charles Nelson sustained the injuries and damages described more fully at length herein and incorporated by reference.

WHEREFORE, Plaintiff Charles Nelson respectfully requests that Defendants Schneider National, Schneider International Operations, LLC, Schneider National, Inc., and/or Schneider National Carriers, Inc. be found jointly and/or severally liable with Defendant Thomas Loftus in an amount in excess of $150,000, together with costs and such other relief as the court deems appropriate.

## COUNT III
### PLAINTIFF CHARLES NELSON V. ALL DEFENDANTS – PUNITIVE DAMAGES

34. Plaintiff incorporates herein by reference each and every averment contained in the previous paragraphs as though the same were set forth fully herein at length.

35. Defendants' conduct in causing the subject incident was willful, malicious, wanton and was outrageous under the circumstances that existed.

36. In addition to the damages set forth herein, Defendant's conduct justifies a finding for punitive damages under applicable law.

WHEREFORE, Plaintiff Charles Nelson respectfully requests that Defendants Schneider National, Schneider International Operations, LLC, Schneider National, Inc., and/or Schneider National Carriers, Inc. and Thomas Loftus be found jointly and/or severally liable for punitive damages in an amount in excess of $150,000, together with costs and such other relief as the court deems appropriate.

Respectfully submitted,

Dated: 7/14/17     By: _____
Jeffrey F. Parker, Esquire PA308049
Lowenthal & Abrams, P.C.
555 E. City Avenue, Ste. 500
Bala Cynwyd, PA 19004
(610) 667-7511
Fax: (610) 667-3440
jparker@lowenthalabrams.com

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all issues herein.

Respectfully submitted,

Dated: 7/14/17        By: _____
Jeffrey F. Parker, Esquire PA308049
Lowenthal & Abrams, P.C.
555 E. City Avenue, Ste. 500
Bala Cynwyd, PA 19004
(610) 667-7511
Fax: (610) 667-3440
jparker@lowenthalabrams.com