IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES NELSON,

    Plaintiff,

v.

THOMAS LOFTUS, et al.,

    Defendants.

CIVIL ACTION
NO. 17-3247

## **ORDER**

**AND NOW**, this 10th day of January, 2019, upon considering Defendant Schneider National Carriers, Inc.'s ("Schneider National") Motion for Summary Judgment (Docket No. 34), all opposing and supporting papers, and for the reasons more fully stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 34) is **GRANTED**. Plaintiff Charles Nelson's claims against Schneider National Carrier, Inc. are dismissed with prejudice and the Clerk of Court shall remove Schneider National from the above-captioned case.

                                          **BY THE COURT:**

                                          **/s/ Jeffrey L. Schmehl**
                                          Jeffrey L. Schmehl, J.